```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

GARTH SMALL,

                       Defendant.
------------------------------------------------------------------x

**ORDER**
24 CR 208 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold an initial conference in this case on Tuesday, April 30, 2024, at 1:30 p.m.

    SO ORDERED.

Dated: New York, New York
         April 9, 2024

                                                _____
                                                KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE