UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

       -against

GARTH SMALL,

                          Defendant.
-------------------------------------------------------------------x

**ORDER**
24 CR 208 (KMW)

KIMBA M. WOOD, District Judge:

The conference currently scheduled for July 31, 2024, is rescheduled for Wednesday,

July 24, 2024, at 3:00 p.m.

SO ORDERED.

Dated: New York, New York
       July 16, 2024

                                        KIMBA M. WOOD
                         UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/24