

**The Law Offices of**

**O&D**

**ONAODOWAN & DELINCE**

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com  718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com  c 917.238.9332

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/24

Via ECF
Hon. Kimba M. Wood
United States District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Garth Small, 24 Cr. 208 (KMW)

Dear Judge Wood:

    I represent Garth Small in the above referenced matter. which is currently scheduled for a status conference on October 23, 2024, at 10:30am. I am requesting that the conference be adjourned for a period of sixty days. I am starting a Mapp hearing on a weapons possession that day in the Supreme Court of New York County before Judge Brendan T. Lantry. In addition, having recently received a fifth production of discovery, the defense needs more time to review the discovery.

    I have discussed this request with the government, and they consent to an adjournment. The government defers to the Court as to the length of the adjournment

DATED:     NEW YORK, NEW YORK

          October 21, 2024

*The conference is adjourned to December 11, 2024, at 11:30 a.m.*

Respectfully Submitted,

*Christine Delince*

Christine Delince, Esq.

SO ORDERED: N.Y., N.Y. 10/22/24

*Kimba M. Wood*

KIMBA M. WOOD
U.S.D.J.

100 Church Street, 8th Fl, NY 10007   w eocdlaw.com   facebook.com/OnaodowanDelince   twitter.com/OandDLaw