

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/25

July 9, 2025

**VIA ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Garth Small*, 24 Cr. 208 (KMW)

Dear Judge Wood:

The Government respectfully writes, with the consent of the defendant, to request a 30-day adjournment of the deadlines for the Government to file its opposition to the defendant's pre-trial motions and for the defendant to file his reply, which are currently scheduled for July 14, 2025, and July 21, 2025. The requested adjournment is being made in light of recent ongoing discussions regarding a potential pre-trial resolution of this matter, which the parties expect to complete in the next few weeks.

] Granted

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____/s/_____
Jerry Fang / Jacob R. Fiddelman
Meredith Foster / Catherine Ghosh
Assistant United States Attorneys
(212) 637-2584/-1024/-2310/-1114

*Government's pretrial motions are due by August 18, 2025. Defendant's reply is due by August 25, 2025*

cc:   Defense Counsel (by ECF)

SO ORDERED:  N.Y., N.Y.  7/11/25

_____
KIMBA M. WOOD
U.S.D.J.