

U.S. Department of Justice

United States Attorney
Southern District of New York

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/12/25
```

August 11, 2025

**MEMO ENDORSED**

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Garth Small*, 24 Cr. 208 (KMW)

Dear Judge Wood:

In early July, the Court adjourned certain deadlines to accommodate ongoing discussions about a potential pretrial disposition. With trial now appearing necessary, the Government writes respectfully with the defendant's consent to request brief adjournments in view of the Government's personnel considerations and the availability of certain witnesses necessary for the preparation of the Government's pretrial briefing:

- A one-week extension of the Government's deadline to respond to the defendant's pretrial motions (from August 18 to August 25, 2025) and a similar extension of the defendant's deadline to reply in further support of his motion (from August 25 to September 2, 2025); and

- An approximately two-week adjournment of the trial from Tuesday, October 14, 2025, to Monday, October 27, 2025. If this request is granted, the Government would also request an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the new trial date. The defendant consents to this request to exclude time.

*Granted*

*The trial is adjourned to October 27, 2025. Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), through October 27, 2025.*

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: ___/s/_____
Justin Horton
Amanda C. Weingarten
Assistant United States Attorneys
(212) 637-2276 / -2257

**SO ORDERED:**   N.Y., N.Y.   8/12/25

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

cc:   Christine Delince, Esq.
      Esere J. Onaodowan, Esq.