USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                     :
:
          -against-                          :  24-CR-208 (VEC)
:
GARTH SMALL,                                                 :  <u>ORDER</u>
                     Defendant.      :
:
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 27, 2025, this case was reassigned to the Undersigned.

      IT IS HEREBY ORDERED the parties must appear for a status conference on **September 24, 2025** at **3:00 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: August 28, 2025**
      **New York, NY**

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**