USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
:
UNITED STATES OF AMERICA :
:
             -against- : 24-CR-208 (VEC)
:
GARTH SMALL, : <u>ORDER</u>
                 Defendant. :
:
------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 27, 2025, this case was reassigned to the Undersigned;

    WHEREAS a status conference is scheduled for **September 24, 2025** at **3:00 P.M.**

    IT IS HEREBY ORDERED the status conference will take place on **September 24, 2025** at **10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: August 28, 2025**
**New York, NY**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**