```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
                                                :
   UNITED STATES OF AMERICA                     :
                                                :
                   -against-                    :     24-CR-208 (VEC)
                                                :
   GARTH SMALL,                                 :     ORDER
                              Defendant.        :
                                                :
------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2025

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference will take place on September 24, 2025, at 10:30 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS HEREBY ORDERED that the parties should be prepared to argue the outstanding pre-trial motions: the Motions to Dismiss, Compel a Bill of Particulars, and Suppress at Dkts. 27 and 35.

**SO ORDERED.**

Date: September 22, 2025
      New York, NY

                              **VALERIE CAPRONI**
                              **United States District Judge**