```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
   UNITED STATES OF AMERICA                             :
                                                                     :
             -against-          :     24-CR-208 (VEC)
                                                                     :
   GARTH SMALL,                                          :     ORDER
                    Defendant.       :
                                                                     :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared before the Court on the Motions to Dismiss, Compel a Bill of Particulars, and Suppress at Dkts. 27 and 35 on September 24, 2025.

      IT IS HEREBY ORDERED that, for reasons explained during the conference, Defendant's Motion to Dismiss is DENIED. Defendant's Motion to Compel a Bill of Particulars is DENIED. Defendant's Motion to Suppress is taken under advisement.

**SO ORDERED.**

Date: September 25, 2025
New York, New York

                                                                 **VALERIE CAPRONI**
                                                  **United States District Judge**