USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
    UNITED STATES OF AMERICA

                -against-                24-CR-208 (VEC)

    GARTH SMALL,                        ORDER
                      Defendant.
------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a conference in the above-captioned matter is scheduled for October 16, 2025, at 3:00 P.M.;

    WHEREAS on September 30, 2025, the Government filed a Superseding Indictment, Dkt. 46; and

    WHEREAS on October 1, 2025, Mr. Small requested to proceed with the arraignment during the scheduled conference.

    IT IS HEREBY ORDERED that the arraignment will take place on **October 16, 2025,** at **3:00 P.M.**, during the scheduled conference, in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  **October 2, 2025**
       **New York, NY**

                                                **VALERIE CAPRONI**
                                                **United States District Judge**