```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                  :
UNITED STATES OF AMERICA                :
                                                  :
                -against-                   :      S1:24-CR-208 (VEC)
                                                  :
GARTH SMALL,                                :             <u>ORDER</u>
                                  Defendant.      :
                                                  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS the parties appeared before the Court for a Final Pretrial Conference on October 16, 2025;

        WHEREAS Mr. Small was arraigned on a Superseding Indictment, S1:24-CR-208; and

        WHEREAS for reasons explained on the record, the Motions *in Limine* are all resolved.

        IT IS HEREBY ORDERED that the Clerk of the Court is respectfully directed to close the open Motions at Dkts. 51 and 53.

**SO ORDERED.**

**Date: October 16, 2025**
**New York, New York**

                                                  _____
                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**