```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
   UNITED STATES OF AMERICA,                                      :
                                                                  :
                          -against-                               :   S1:24-cr-208 (VEC)
                                                                  :
   GARTH SMALL,                                                   :
                                                                  :                ORDER
                                           Defendant.             :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2025

VALERIE CAPRONI, United States District Judge:

   WHEREAS on October 20, 2025, the Court held a change of plea hearing for Mr. Small;

   WHEREAS Mr. Small entered a guilty plea to Counts One and Two of the Superseding Indictment, S1:24-cr-208, charging him with solicitation and receipt of a bribe by agent of organization receiving federal funds in violation of 18 U.S.C. § 666(a)(1)(B) and extortion under color of official right in violation of 18 U.S.C. § 1951; and

   WHEREAS the Court accepted Mr. Small's guilty plea.

   IT IS HEREBY ORDERED that Mr. Small's sentencing will take place on **February 12, 2026**, at **10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Sentencing submissions are due **no later than January 29, 2026**.

**SO ORDERED.**

Date:  October 20, 2025
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**