UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
UNITED STATES OF AMERICA           :
                                   :        ORDER OF RESTITUTION
        - v. -                     :
                                   :        24 Cr. 208 (VEC)
GARTH SMALL,                       :
                                   :
            Defendant.             :
                                   :
---------------------------------- X

Upon the application of the United States of America, by its attorney, Jay Clayton, United

States Attorney for the Southern District of New York, Amanda C. Weingarten and Justin Horton,

Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's

conviction on Counts One and Two of the Superseding Indictment; and all other proceedings in

this case, it is hereby ORDERED that:

1.    **Amount of Restitution**

GARTH SMALL, the defendant, shall pay restitution in the total amount of $16,000,

pursuant to 18 U.S.C. §§ 3663 and 3663A, to the New York City Housing Authority, Revenue and

Receivable Division, ATT: Billing Section, 90 Church Street 6th Floor, New York, New York,

10007, the victim of the offenses charged in Counts One and Two. Upon advice by the United

States Attorney's Office of a change of address of the victim, the Clerk of Court is authorized to

send payments to the new address without further order of this Court.

Restitution is not joint and several with any other defendants or with any others not named

herein.

2.    **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial

resources and other assets of the defendant, including whether any of these assets are jointly

controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant will commence monthly installment payments of at least 10% of the defendant's gross income on the 15th day of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n), and if the defendant does not participate in the IFRP, the defendant's monthly payments while serving his term of imprisonment shall be at least 10% of the defendant's gross income, payable on the 15th day of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

3.    **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write the defendant's name and the docket number of this case on each check or money order.

2

4.    **<u>Change in Circumstances</u>**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (<u>Attn</u>: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address, or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.    **<u>Term of Liability</u>**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

SO ORDERED:

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE

4·10·26
_____
DATE

3